In the Matter of the Application of Louis Kaye, Formerly Known as Louis Kaminetsky, for Reinstatement as an Attorney and Counselor at Law.— Motion granted, petitioner reinstated and his name ordered restored to the roll of attorneys. Present — Lazansky, P. J., Young, Hagarty and Tompkins, JJ.; Carswell, J., not voting.

In the Matter of the Application of Yonkers Builders' Supply Company, Respondent, for an Order of Mandamus Directed to the Westchester County Sanitary Sewer Commission, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Jacob S. Klein, Appellant, v. Leo N. Fairberg, Defendant, and Van Praag & Co. (a Domestic Corporation), Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Patrick O'Keefe, Respondent, v. The Prudential Insurance Company of America, Appellant.— Motion for leave to appeal to the Appellate Division granted. Motion for stay granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Betty Ramona, Appellant, v. Henry Paul Ruff, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Louis Shack, Respondent, v. Herman Katz, Defendant, and Jacob A. Wotman, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Adeline Vallario, Respondent, v. The Prudential Insurance Company of America, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Jesse Vogel and Johanna Vogel, Respondents, v. Max Goldsmith, as Executor, etc., of Adolph Kaufmann, Deceased, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Frank T. Waldron, Respondent, v. J. H. Taylor Construction Co., Inc., and Acme Fireproofing Co., Inc., Appellants, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Dorothy Weissman, by Ethel Weissman, Her Guardian ad Litem, Respondent, v. Charles Springer, Appellant, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.